IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MEDTRONIC INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No.07-823 |
| | ) | |
| BOSTON SCIENTIFIC, INC., | ) | |
| GUIDANT CORPORATION | ) | |
| and | ) | |
| MIROWSKI FAMILY VENTRURES, L.L.C., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF RELATED CASES**

As a supplement to the Civil Information Cover Sheet filed on December 17, 2007, the following cases are related because they involve the same patent at issue (the United States Reissue Patent RE 38,119) as the captioned matter above:

*Medtronic, Inc. v. Guidant Corp.*, D. Del [C.A. No. 03-848(SLR)]
*Guidant v. St. Jude*, D. Del. [C.A. No. 04-0067(SLR)]

Respectfully submitted,

 /s/Arthur G. Connolly, III
Arthur G. Connolly, III (#2667)
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141
Email: AConnollyIII@cblh.com

DATED: December 19, 2007

#582567