# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

MEDTRONIC, INC., a Minnesota corporation,

          Plaintiff,

V.

BOSTON SCIENTIFIC CORPORATION, a Delaware corporation, GUIDANT CORPORATION, an Indiana corporation and MIROWSKI FAMILY VENTURES L.L.C., a Maryland limited liability partnership,

          Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C.A. No. 07-823

TO:    Guidant Corporation
        c/o Delaware Secretary of State
        John G. Townsend Building
        Federal and Duke of York Streets
        Dover, Delaware 19901

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

        Arthur G. Connolly, III, Esquire
        CONNOLLY BOVE LODGE & HUTZ LLP
        The Nemours Building
        1007 North Orange Street
        Post Office Box 2207
        Wilmington, Delaware 19899-2207
        Telephone: (302) 658-9141

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                   DEC 1 8 2007
CLERK                                                    DATE

*[signature]*
(BY) DEPUTY CLERK

• AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | 12/19/07 |

| NAME OF SERVER (PPJNT) | TITLE |
|---|---|
| GRANVILLE MORRIS | SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED: GUIDANT CORPORATION C/O THE DELAWARE SECRETARY OF STATE TOWNSEND BLDG. DOVER, DE COPIES THEREOF WERE ACCEPTED BY KAREN CHARBENEAU

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/19/07
　　　　　　　　Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.