IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MEDTRONIC, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 07-823-*** |
| ) | |
| BOSTON SCIENTIFIC CORPORATION, ) | **JURY TRIAL DEMANDED** |
| GUIDANT CORPORATION and MIROWSKI ) | |
| FAMILY VENTURES, L.L.C., ) | |
| ) | |
| Defendant. ) | |

## STIPULATION AND ORDER FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that Defendants Boston Scientific Corporation, Guidant Corporation and Mirowski Family Ventures, L.L.C.'s time to answer, move or otherwise respond to the Complaint in this action is extended to February 8, 2008.

CONNOLLY BOVE LODGE & HUTZ LLP         RICHARDS, LAYTON & FINGER, P.A.

By: /s/ Arthur G. Connolly, III
    Arthur G. Connolly, III (#2667)
    1007 North Orange Street
    The Nemours Building
    P.O. Box 2207
    Wilmington, DE 19899-2207
    Tel: (302) 658-9141
    aconnollyiii@cblh.com

*Attorneys for Plaintiff*
*Medtronic, Inc.*

By: /s/ Frederick L. Cottrell, III
    Frederick L. Cottrell, III (#2555)
    Anne Shea Gaza (#4093)
    One Rodney Square
    920 North King Street
    P.O. Box 551
    Wilmington, DE 19899-0551
    Tel: (302) 651-7700
    Cottrell@rlf.com
    gaza@rlf.com

*Attorneys for Defendants*
*Boston Scientific Corporation and*
*Guidant Corporation*

POTTER ANDERSON & CORROON LLP

By: /s/ Richard L. Horwitz
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    P. O. Box 951
    Wilmington, DE 19899
    Tel: (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

*Attorneys for Defendant*
*Mirowski Family Ventures, L.L.C.*


    SO ORDERED, this _____ day of _____, 2008.


                                                                Judge

841240 / 32582