IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MEDTRONIC, INC., <br><br> Plaintiff, <br><br> v. <br><br> BOSTON SCIENTIFIC CORPORATION, GUIDANT CORPORATION and MIROWSKI FAMILY VENTURES, L.L.C., <br><br> Defendant. | ) ) ) ) ) ) C.A. No. 07-823-SLR ) ) **JURY TRIAL DEMANDED** ) ) ) ) ) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Arthur I. Neustadt of Oblon, Spivak, McClelland, Maier, & Neustadt, P.C., 1940 Duke St., Alexandria, VA 22314 to represent defendant Mirowski Family Ventures, L.L.C. in this matter.

POTTER ANDERSON & CORROON LLP

By: /s/ David E. Moore
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19801
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Dated: January 23, 2008
843060/ 32582

*Attorneys for Defendant*
*Mirowski Family Ventures, L.L.C.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____                    _____
                                     United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of Virginia and the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐   has been paid to the Clerk of the Court

☒   will be submitted to the Clerk's Office upon the filing of this motion

Date: January 23, 2008      Signed:      /s/ *Arthur I. Neustadt*
Arthur I. Neustadt
Oblon, Spivak, McClelland,
Maier, & Neustadt
1940 Duke St.
Alexandria, VA 22314
Tel: (703) 413-3000
aneustadt@oblon.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on January 23, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on January 23, 2008, I have Electronically Mailed the document to the following person(s):

| | |
|---|---|
| Arthur G. Connolly, III<br>1007 North Orange Street<br>The Nemours Building<br>P.O. Box 2207<br>Wilmington, DE 19899-2207<br>aconnollyiii@cblh.com | Frederick L. Cottrell, III<br>Anne Shea Gaza (#4093)<br>One Rodney Square<br>920 North King Street<br>P.O. Box 551<br>Wilmington, DE 19899-0551<br>cottrell@rlf.com<br>gaza@rlf.com |
| Martin R. Lueck<br>Jan M. Conlin<br>Richard M. Martinez<br>Sharon E. Roberg-Perez<br>Robins, Kaplan, Miller & Ciresi, L.L.P.<br>2800 LaSalle Plaza<br>800 LaSalle Avenue<br>Minneapolis, MN 55402-2015<br>mrlueck@rkmc.com<br>jmconlin@rkmc.com<br>rmmartinez@rkmc.com<br>seroberg-perez@rkmc.com | |

/s/ *David E. Moore*
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

841909 / 32639