IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MEDTRONIC, INC., a Minnesota corporation,<br><br>Plaintiff,<br><br>v.<br><br>BOSTON SCIENTIFIC CORPORATION, a Delaware corporation, GUIDANT CORPORATION, an Indiana corporation and MIROWSKI FAMILY VENTURES L.L.C., a Maryland limited liability partnership,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.  07-823 (SLR)<br>)<br>)  Jury Trial Demanded<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of Jan M. Conlin, Richard M. Martinez, Martin R. Lueck, and Sharon E. Roberg-Perez of the law firm of Robins, Kaplan, Miller & Ciresi, L.L.P., 2800 LaSalle Plaza, 800 LaSalle Avenue, Minneapolis, Minnesota 55402-2015, to represent the plaintiff in this matter.

Dated:  January 24, 2008

Respectfully submitted,

/s/ Arthur G. Connolly, III
Arthur G. Connolly, III (#2667)
CONNOLLY BOVE LODGE & HUTZ LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141
AConnollyIII@cblh.com

*Attorneys for Plaintiff Medtronic, Inc.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice of Jan M. Conlin, Richard M. Martinez, Martin R. Lueck, and Sharon E. Roberg-Perez is granted.

Dated: _____     _____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the District of Minnesota and the Bar of the Eastern District of Michigan. Pursuant to Local Rule 83.6, I hereby submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with the Court's Local Rules. I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Jan M. Conlin
ROBINS, KAPLAN, MILLER & CIRESI, L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402-2015
Tel:  (612) 349-8500
Fax: (612) 339-4181
E-Mail:  JMConlin@rkmc.com

Dated: January 15, 2008.

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the District of Minnesota. Pursuant to Local Rule 83.6, I hereby submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with the Court's Local Rules. I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Richard M. Martinez
ROBINS, KAPLAN, MILLER & CIRESI, L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402-2015
Tel: (612) 349-8500
Fax: (612) 339-4181
E-Mail: RMMartinez@rkmc.com

Dated: 1/14/08, 2008.

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the District of Minnesota, the Northern District of California and the Southern District of New York. Pursuant to Local Rule 83.6, I hereby submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with the Court's Local Rules. I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Martin R. Lueck
ROBINS, KAPLAN, MILLER & CIRESI, L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402-2015
Tel: (612) 349-8500
Fax: (612) 339-4181
E-Mail: MRLueck@rkmc.com

Dated: 19 Jan 08, 2008.

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the District of Minnesota. Pursuant to Local Rule 83.6, I hereby submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with the Court's Local Rules. I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

_/s/ Sharon E. Roberg-Perez_
Sharon E. Roberg-Perez
ROBINS, KAPLAN, MILLER & CIRESI, L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402-2015
Tel: (612) 349-8500
Fax: (612) 339-4181
E-Mail: SERobergperez@rkmc.com

Dated: Jan. 22, 2008.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 24, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to counsel of record.

I further certify that on January 24, 2008, I electronically mailed the foregoing document to the following counsel:

| | |
|---|---|
| Richard L. Horwitz, Esq.<br>David E. Moore, Esq.<br>Potter Anderson & Corroon LLP<br>Hercules Plaza- Sixth Floor<br>1313 North Market Street<br>Wilmington, DE 19899<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com | Frederick L. Cottrell, III, Esq.<br>Anna Shea Gaza, Esq.<br>Richards, Layton & Finger<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19899<br>cottrell@rlf.com<br>gaza@rlf.com |

Arthur I. Neustadt, Esq.
Oblon, Spivak, McClelland, Maier,
 & Neustadt, P.C.
1940 Duke Street
Alexanderia, VA 22314
aneustadt@oblon.com

                                          /s/Arthur G. Connolly, III
                                      Arthur G. Connolly, III (#2667)
                                      Connolly Bove Lodge & Hutz, LLP
                                      1007 N. Orange Street
                                      P.O. Box 2207
                                      Wilmington, DE 19899
                                      (302) 658-9141
                                      AConnollyIII@cblh.com

#588288_1