IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MEDTRONIC, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C. A. No. 07-823-SLR/LPS |
| ) | |
| BOSTON SCIENTIFIC CORPORATION, ) | |
| GUIDANT CORPORATION, and ) | |
| MIROWSKI FAMILY VENTURES L.L.C., ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS BOSTON SCIENTIFIC CORPORATION AND GUIDANT CORPORATION'S RULE 7.1 DISCLOSURE

Defendants Boston Scientific Corporation ("BSC") and Guidant Corporation ("Guidant"), submit their Rule 7.1 Disclosures as follows:

BSC has no parent corporation and, to Defendants' knowledge, no publicly traded corporation owns 10 percent or more of BSC's stock. Guidant is a wholly-owned subsidiary of BSC. To Defendants' knowledge, no publicly traded corporation other than BSC owns 10 percent or more of Guidant's stock.

/s/ Anne Shea Gaza
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
302-651-7700

*Attorneys for Defendants,*
*Boston Scientific Corporation and*
*Guidant Corporation*

OF COUNSEL:

J. Michael Jakes, Esquire
Naveen Modi, Esquire
Finnegan Henderson Farabow
   Garrett & Dunner LLP
901 New York Avenue, NW
Washington, DC  20001-4413
202-408-4000

Dated: February 8, 2008

RLF1-3252058-1

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2008, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Arthur G. Connolly, III
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
P. O. Box 2207
Wilmington, DE  19899

Richard L. Horwitz
Potter Anderson & Corroon, LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
P. O. Box 951
Wilmington, DE  19899-0951

I hereby certify that on February 8, 2008, the foregoing document was sent via Federal Express to the following non-registered participants:

Jan M. Conlin
Richard M. Martinez
Martin R. Lueck
Sharon E. Roberg-Perez
Robins, Kaplan, Miller & Ciresi, L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN  55402

Arthur I. Neustadt
Oblon, Spivak, McClelland, Maier & Neustadt, P.C.
1940 Duke Street
Alexandria, Virginia  22314

_/s/ Anne Shea Gaza_
Anne Shea Gaza (#4093)
gaza@rlf.com