IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MEDTRONIC, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 07-823-SLR |
| ) | |
| BOSTON SCIENTIFIC CORPORATION, ) | **JURY TRIAL DEMANDED** |
| GUIDANT CORPORATION and MIROWSKI ) | |
| FAMILY VENTURES, L.L.C., ) | |
| ) | |
| Defendant. ) | |

### RULE 7.1 DISCLOSURE STATEMENT OF MIROWSKI FAMILY VENTURES, L.L.C.

Pursuant to Rule 7.1(a), Fed. R. Civ. P., Mirowski Family Ventures, L.L.C. states that it has no parent corporation and that there is no publicly held corporation that owns 10% or more of its stock.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Arthur I. Neustadt
OBLON, SPIVAK, McCLELLAND,
MAIER & NEUSTADT, P.C.
1940 Duke St.
Alexandria, VA 22314
Tel: (703) 413-3000

By: /s/ *Richard L. Horwitz*
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Dated: February 8, 2008
847510 / 32582

*Attorneys for Defendant
Mirowski Family Ventures, L.L.C.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

  I, Richard L. Horwitz, hereby certify that on February 8, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

  I further certify that on February 8, 2008, the attached document was Electronically to the following person(s):

Arthur G. Connolly, III
1007 North Orange Street
The Nemours Building
P.O. Box 2207
Wilmington, DE 19899-2207
aconnollyiii@cblh.com

Martin R. Lueck
Jan M. Conlin
Richard M. Martinez
Sharon E. Roberg-Perez
Robins, Kaplan, Miller & Ciresi, L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
mrlueck@rkmc.com
jmconlin@rkmc.com
rmmartinez@rkmc.com
seroberg-perez@rkmc.com

Frederick L. Cottrell, III
Anne Shea Gaza (#4093)
One Rodney Square
920 North King Street
P.O. Box 551
Wilmington, DE 19899-0551
cottrell@rlf.com
gaza@rlf.com

      /s/ *Richard L. Horwitz*
      Richard L. Horwitz
      David E. Moore
      Potter Anderson & Corroon LLP
      Hercules Plaza – Sixth Floor
      1313 North Market Street
      Wilmington, DE 19899-0951
      (302) 984-6000
      rhorwitz@potteranderson.com
      dmoore@potteranderson.com

845408 / 32582