## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

Medtronic, Inc.,                        :
                                        :
                                        :
          Plaintiff,          :
                                        :
    v.                                  :     Civ. No. 07-823 SLR-LPS
                                        :
Boston Scientific Corporation, Guidant  :
Corporation and Mirowski Family         :
Ventures L.L.C.,                        :
                                        :
         Defendants.         :

## ORDER

A teleconference having been held at Wilmington this **20th** day of **February, 2008** with Magistrate Judge Stark,

      IT IS ORDERED that a status teleconference has been scheduled for **March 19, 2008 at 12:00 p.m.** with Magistrate Judge Stark to further discuss the scheduling of, the procedures involved and the types of alternative dispute resolutions available, including mediation conferences. **Plaintiff's counsel shall initiate the teleconference call to 302-573-4573.**

      Delaware counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

 

_____
UNITED STATES MAGISTRATE JUDGE