March 21, 2008

Magistrate Judge Leonard P. Stark
J. Caleb Boggs Federal Building
844 N. King Street
Room 2325
Wilmington, DE 19801

    Re:   *Medtronic, Inc. v. Boston Scientific Corp., et al.*
           Civil Action No. 07-CV-00823-SLR

Magistrate Judge Stark:

During our March 19th teleconference, you proposed two dates for a mediation in the above-captioned matter, May 28th or June 10th. After having an opportunity to confer with our client, Plaintiff would like to accept the mediation date of June 10, 2008.

           Sincerely,

           CONNOLLY BOVE LODGE & HUTZ LLP.


           /s/ Arthur G. Connolly, III
           Arthur G. Connolly, III, Esq.

cc:    Arthur I. Neustadt, Esq.
       Frederick L. Cottrell, III, Esq.
       Anne Shea Gaza, Esq.
       J. Michael Jakes, Esq.
       Naveen Modi, Esq.
       Richard L. Horwitz, Esq.
       David Ellis Moore, Esq.