

**Potter Anderson & Corroon LLP**

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**David E. Moore**
Attorney at Law
dmoore@potteranderson.com
302 984-6147 Direct Phone
302 658-1192 Fax

April 15, 2008

<u>**VIA ELECTRONIC FILING**</u>

The Honorable Sue L. Robinson
United States District Court
   for the District of Delaware
844 N. King Street
Wilmington, DE 19801

        Re:    **Medtronic, Inc. v. Boston Scientific Corporation, et al.
                  C.A. No. 07-823-SLR-LPS**

Dear Judge Robinson:

        In preparation for the Scheduling Teleconference with the Court on April 17, 2008 at 8:30 a.m., enclosed is the parties' proposed Scheduling Order. The proposed Scheduling Order reflects the parties' points of agreement and disagreement, which counsel will be prepared to address during the call.

                                Respectfully,

                                */s/ David E. Moore*

                                David E. Moore

DEM/nmt/860368/325

Enclosure
cc:    Clerk of the Court (via hand delivery, w/enc.)
         Counsel of Record (via electronic filing)