IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

MEDTRONIC INC., )
                                                                         )
       Plaintiff, )
                                                                         )
   v. ) Civ. No. 07-823-SLR/LPS
                                                                         )
BOSTON SCIENTIFIC CORPORATION, )
et al., )
                                                                         )
       Defendants. )

**O R D E R**

At Wilmington this 17th day of April, 2008, having conferred with counsel;

IT IS ORDERED that, on or before **May 2, 2008**, defendants shall file a motion challenging plaintiff's demand for a jury trial in the above captioned case. Briefing shall follow D. Del. LR 7.1.2 and 7.1.3. The motion is **not** referred to Judge Stark for resolution.

                                                              _____
                                                              United States District Judge