# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MEDTRONIC, INC., | ) |
|       Plaintiff, | ) |
| v. | ) C.A. No. 07-823-SLR-LPS |
| BOSTON SCIENTIFIC CORPORATION, GUIDANT CORPORATION and MIROWSKI FAMILY VENTURES, L.L.C., | ) |
|       Defendants. | ) |

## NOTICE OF SERVICE

The undersigned counsel for defendant Mirowski Family Ventures, L.L.C. hereby certifies that true and correct copies of the following documents were caused to be served on April 30, 2008, upon the following attorneys of record as indicated below:

> DEFENDANTS' PRE-DISCOVERY DISCLOSURES
> PURSUANT TO FED. R. CIV. P. 26(a)(1) AND D. DEL. LR 16.2

**VIA HAND DELIVERY AND ELECTRONIC MAIL**

Arthur G. Connolly, III
Connolly, Bove, Lodge & Hutz
1007 North Orange Street
The Nemours Building
P.O. Box 2207
Wilmington, DE 19899-2207
aconnollyiii@cblh.com

Frederick L. Cottrell, III
Anne Shea Gaza
Richards, Layton & Finger
One Rodney Square
920 North King Street
P.O. Box 551
Wilmington, DE 19899-0551
cottrell@rlf.com
gaza@rlf.com

**VIA ELECTRONIC MAIL**

| | |
|---|---|
| Martin R. Lueck | J. Michael Jakes |
| Jan M. Conlin | Naveen Modi |
| Richard M. Martinez | Kathleen A. Daley |
| Sharon E. Roberg-Perez | Finnegan Henderson Farabow Garrett & |
| Robins, Kaplan, Miller & Ciresi, L.L.P. | Dunner LLP |
| 2800 LaSalle Plaza | 901 New York Avenue, NW |
| 800 LaSalle Avenue | Washington, DC 20001-4413 |
| Minneapolis, MN 55402-2015 | mike.jakes@finnegan.com |
| mrlueck@rkmc.com | naveen.modi@finnegan.com |
| jmconlin@rkmc.com | kathleen.daley@finnegan.com |
| rmmartinez@rkmc.com | |
| seroberg-perez@rkmc.com | |

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

By: /s/ David E. Moore

Arthur I. Neustadt
OBLON, SPIVAK, McCLELLAND,
MAIER & NEUSTADT, P.C.
1940 Duke St.
Alexandria, VA 22314
Tel: (703) 413-3000

Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Dated: April 30, 2008
862384 / 32582

*Attorneys for Defendant*
*Mirowski Family Ventures, L.L.C.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on April 30, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on April 30, 2008, the attached document was Electronically Mailed to the following person(s):

Arthur G. Connolly, III
Connolly, Bove, Lodge & Hutz
1007 North Orange Street
The Nemours Building
P.O. Box 2207
Wilmington, DE 19899-2207
aconnollyiii@cblh.com

Frederick L. Cottrell, III
Anne Shea Gaza
Richards, Layton & Finger
One Rodney Square
920 North King Street
P.O. Box 551
Wilmington, DE 19899-0551
cottrell@rlf.com
gaza@rlf.com

Martin R. Lueck
Jan M. Conlin
Richard M. Martinez
Sharon E. Roberg-Perez
Robins, Kaplan, Miller & Ciresi, L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
mrlueck@rkmc.com
jmconlin@rkmc.com
rmmartinez@rkmc.com
seroberg-perez@rkmc.com

J. Michael Jakes
Naveen Modi
Kathleen A. Daley
Finnegan Henderson Farabow Garrett & Dunner LLP
901 New York Avenue, NW
Washington, DC 20001-4413
mike.jakes@finnegan.com
naveen.modi@finnegan.com
kathleen.daley@finnegan.com

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

841909 / 32582