IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MEDTRONIC, INC., a Minnesota corporation,<br>        Plaintiff,<br><br>v.<br><br>BOSTON SCIENTIFIC CORPORATION, a Delaware corporation, GUIDANT CORPORATION, an Indiana corporation and MIROWSKI FAMILY VENTURES L.L.C., a Maryland limited liability partnership,<br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 07-823 (SLR)<br><br>Jury Trial Demanded |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned hereby certifies that on the 30th day of April, 2008, a copy of Medtronic, Inc.'s Initial Disclosures was served upon the following counsel of record in the manner indicated:

**VIA HAND DELIVERY AND ELECTRONIC MAIL**

| | |
|---|---|
| Richard L. Horwitz, Esq.<br>David E. Moore, Esq.<br>Potter Anderson & Corroon LLP<br>Hercules Plaza - Sixth Floor<br>1313 North Market Street<br>Wilmington, DE 19899<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com | Frederick L. Cottrell, III, Esq.<br>Anna Shea Gaza, Esq.<br>Richards, Layton & Finger<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19899<br>cottrell@rlf.com<br>gaza@rlf.com |

**VIA ELECTRONIC MAIL AND U.S. MAIL**

| | |
|---|---|
| Arthur I. Neustadt, Esq.<br>Oblon, Spivak, McClelland, Maier,<br>  & Neustadt, P.C.<br>1940 Duke Street<br>Alexandria, VA 22314<br>aneustadt@oblon.com | J. Michael Jakes, Esq.<br>Naveen Modi, Esq.<br>Kathleen A. Daley, Esq.<br>Finnegan Henderson Farabow<br>  Garrett & Dunner LLP<br>901 New York Avenue, NW<br>Washington, DC 20001-4413<br>mike.jakes@finnegan.com<br>naveen.modi@finnegan.com<br>kathleen.daley@finnegan.com |

                                                             CONNOLLY BOVE LODGE & HUTZ LLP

Dated: April 30, 2008                     /s/ Arthur G. Connolly, III
                                                  Arthur G. Connolly, III (#2667)
                                                  The Nemours Building
                                                  1007 North Orange Street
                                                  P.O. Box 2207
                                                  Wilmington, DE 19801
                                                  (302) 658-9141
                                                  AConnollyIII@chlh.com

                                                  *Attorneys for Plaintiff*
                                                  *Medtronic, Inc.*


Martin R. Lueck, Esq.
Jan M. Conlin, Esq.
Richard M. Martinez, Esq.
Sharon E. Roberg-Perez, Esq.
ROBINS, KAPLAN, MILLER & CIRESI, L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402-2015
(612) 349-8500

## CERTIFICATE OF SERVICE

I, Arthur G. Connolly, III, hereby certify that on April 30, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to the registered attorneys of record that the document has been filed and is available for viewing and downloading.

I further certify that on April 30, 2008, the foregoing document was served on the following persons as indicated below:

| | |
|---|---|
| Richard L. Horwitz (rhorwitz@potteranderson.com)<br>David Ellis Moore (dmoore@potteranderson.com)<br>Potter Anderson & Corroon, LLP<br>Hercules Plaza - 6th Floor<br>1313 North Market St.<br>Wilmington, DE 19899-0951 | *Via e-mail and hand delivery* |
| Arthur I. Neustadt (aneustadt@oblon.com)<br>Oblon, Spivak, McClelland, Maier &<br>   Neustadt, P.C.<br>1940 Duke Street<br>Alexandria, VA 22314 | *Via e-mail and U.S. Mail* |
| Frederick L. Cottrell, III (cottrell@rlf.com)<br>Anne Shea Gaza (gaza@rlf.com)<br>Richards, Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899 | *Via e-mail and hand delivery* |
| J. Michael Jakes (mike.jakes@finnegan.com)<br>Naveen Modi (naveen.modi@finnegan.com)<br>Kathleen A. Daley (kathleen.daley@finnegan.com)<br>Finnegan Henderson Farabow<br>   Garrett & Dunner LLP<br>901 New York Avenue, NW<br>Washington, DC 20001-4413 | *Via e-mail and U.S. Mail* |

/s/ Arthur G. Connolly, III
Arthur G. Connolly, III (#2667)