UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

MEDTRONIC, INC.

Plaintiff,

v.

BOSTON SCIENTIFIC CORPORATION,
GUIDANT CORPORATION, and
MIROWSKI FAMILY VENTURES, L.L.C.,

Defendants.

Case No. 07-823-SLR

### PLAINTIFF'S REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1.4, Plaintiff Medtronic, Inc. hereby requests oral argument on Mirowski Family Ventures' Motion to Strike Medtronic's Jury Trial Demand. (D.I. 34).

Dated: May 8, 2008

CONNOLLY BOVE LODGE & HUTZ LLP

_____
Arthur G. Connolly, III (#2667)
Meredith L. Gaudio (No. 5088)
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141
Fax: (302) 658-5614
Email: AConnollyIII@cblh.com
Email: MGaudio@cblh.com

and

- 2 -

        Martin R. Lueck, Esq.
        Jan M. Conlin, Esq.
        Richard M. Martinez, Esq.
        Sharon E. Roberg-Perez, Esq.
        ROBINS, KAPLAN, MILLER & CIRESI, L.L.P.
        2800 LaSalle Plaza
        800 LaSalle Avenue
        Minneapolis, Minnesota 55402-2015
        (612) 349-8500

        ATTORNEYS FOR PLAINTIFF
        MEDTRONIC, INC.

## CERTIFICATE OF SERVICE

I, Arthur G. Connolly, III, hereby certify that on May 8, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to the registered attorneys of record that the document has been filed and is available for viewing and downloading.

I further certify that on May 8, 2008, the foregoing document was served on the following persons as indicated below:

| | |
|---|---|
| Richard L. Horwitz (rhorwitz@potteranderson.com)<br>David Ellis Moore (dmoore@potteranderson.com)<br>Potter Anderson & Corroon, LLP<br>Hercules Plaza - 6th Floor<br>1313 North Market St.<br>Wilmington, DE 19899-0951 | *Via e-mail* |
| Arthur I. Neustadt (aneustadt@oblon.com)<br>Oblon, Spivak, McClelland, Maier &<br>   Neustadt, P.C.<br>1940 Duke Street<br>Alexandria, VA 22314 | *Via e-mail* |
| Frederick L. Cottrell, III (cottrell@rlf.com)<br>Anne Shea Gaza (gaza@rlf.com)<br>Richards, Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899 | *Via e-mail* |
| J. Michael Jakes (mike.jakes@finnegan.com)<br>Naveen Modi (naveen.modi@finnegan.com)<br>Kathleen A. Daley (kathleen.daley@finnegan.com)<br>Finnegan Henderson Farabow<br>   Garrett & Dunner LLP<br>901 New York Avenue, NW<br>Washington, DC 20001-4413 | *Via e-mail* |

/s/ Arthur G. Connolly, III
Arthur G. Connolly, III (#2667)