UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

MEDTRONIC, INC.

Plaintiff,

v.

BOSTON SCIENTIFIC CORPORATION,
GUIDANT CORPORATION, and
MIROWSKI FAMILY VENTURES, L.L.C.,

Defendants.

Case No. 07-823-SLR

### PLAINTIFF'S REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1.4, Plaintiff Medtronic, Inc. hereby requests oral argument on it's Motion to Dismiss Mirowski Family Ventures' Counterclaim or, in the Alternative to Sever and Transfer Counterclaim to the United States District Court for the Southern District of Indiana. (D.I. 40).

Dated: May 13, 2008

CONNOLLY BOVE LODGE & HUTZ LLP

 /s/ Arthur G. Connolly, III
Arthur G. Connolly, III (#2667)
Meredith L. Gaudio (#5088)
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141
Fax: (302) 658-5614
Email: AConnollyIII@cblh.com
Email: MGaudio@cblh.com

and

Martin R. Lueck, Esq.
Jan M. Conlin, Esq.
Richard M. Martinez, Esq.
Sharon E. Roberg-Perez, Esq.
ROBINS, KAPLAN, MILLER & CIRESI, L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402-2015
(612) 349-8500

ATTORNEYS FOR PLAINTIFF
MEDTRONIC, INC.

## **CERTIFICATE OF SERVICE**

I, Arthur G. Connolly, III, hereby certify that on May 13, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to the registered attorneys of record that the document has been filed and is available for viewing and downloading.

I further certify that on May 13, 2008, the foregoing document was served on the following persons as indicated below:

| | |
|---|---|
| Richard L. Horwitz (rhorwitz@potteranderson.com)<br>David Ellis Moore (dmoore@potteranderson.com)<br>Potter Anderson & Corroon, LLP<br>Hercules Plaza - 6th Floor<br>1313 North Market St.<br>Wilmington, DE  19899-0951 | *Via e-mail* |
| Arthur I. Neustadt (aneustadt@oblon.com)<br>Oblon, Spivak, McClelland, Maier &<br>    Neustadt, P.C.<br>1940 Duke Street<br>Alexandria, VA  22314 | *Via e-mail* |
| Frederick L. Cottrell, III (cottrell@rlf.com)<br>Anne Shea Gaza (gaza@rlf.com)<br>Richards, Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE  19899 | *Via e-mail* |
| J. Michael Jakes (mike.jakes@finnegan.com)<br>Naveen Modi (naveen.modi@finnegan.com)<br>Kathleen A. Daley (kathleen.daley@finnegan.com)<br>Finnegan Henderson Farabow<br>    Garrett & Dunner LLP<br>901 New York Avenue, NW<br>Washington, DC  20001-4413 | *Via e-mail* |

/s/ Arthur G. Connolly, III
Arthur G. Connolly, III (#2667)