IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MEDTRONIC, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 07-823-SLR-LPS |
| ) | |
| BOSTON SCIENTIFIC CORPORATION, ) | |
| GUIDANT CORPORATION and MIROWSKI ) | |
| FAMILY VENTURES, L.L.C., ) | |
| ) | |
| Defendant. ) | |

### STIPULATION AND ORDER FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED by Plaintiff and Defendant Mirowski Family Ventures, L.L.C. ("MFV"), subject to the approval of the Court, that MFV's time to file a Reply Brief on its Motion to Strike Plaintiff Medtronic Inc.'s Jury Trial Demand (D.I. 33) is extended to May 27, 2008.

CONNOLLY BOVE LODGE & HUTZ LLP        POTTER ANDERSON & CORROON LLP

By: /s/ Arthur G. Connolly, III
    Arthur G. Connolly, III (#2667)
    1007 North Orange Street
    The Nemours Building
    P.O. Box 2207
    Wilmington, DE 19899-2207
    Tel: (302) 658-9141
    aconnollyiii@cblh.com

*Attorneys for Plaintiff
Medtronic, Inc.*

By: /s/ David E. Moore
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    P. O. Box 951
    Wilmington, DE 19899
    Tel: (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

*Attorneys for Defendant
Mirowski Family Ventures, L.L.C.*

SO ORDERED, this _____ day of _____, 2008.

_____
Judge

864681 / 32582

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on May 15, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on May 15, 2008, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| Arthur G. Connolly, III<br>Connolly, Bove, Lodge & Hutz<br>1007 North Orange Street<br>The Nemours Building<br>P.O. Box 2207<br>Wilmington, DE 19899-2207<br>aconnollyiii@cblh.com | Frederick L. Cottrell, III<br>Anne Shea Gaza<br>Richards, Layton & Finger<br>One Rodney Square<br>920 North King Street<br>P.O. Box 551<br>Wilmington, DE 19899-0551<br>cottrell@rlf.com<br>gaza@rlf.com |
| Martin R. Lueck<br>Jan M. Conlin<br>Richard M. Martinez<br>Sharon E. Roberg-Perez<br>Robins, Kaplan, Miller & Ciresi, L.L.P.<br>2800 LaSalle Plaza<br>800 LaSalle Avenue<br>Minneapolis, MN 55402-2015<br>mrlueck@rkmc.com<br>jmconlin@rkmc.com<br>rmmartinez@rkmc.com<br>seroberg-perez@rkmc.com | J. Michael Jakes<br>Naveen Modi<br>Kathleen A. Daley<br>Finnegan Henderson Farabow Garrett & Dunner LLP<br>901 New York Avenue, NW<br>Washington, DC 20001-4413<br>mike.jakes@finnegan.com<br>naveen.modi@finnegan.com<br>kathleen.daley@finnegan.com |

/s/ *David E. Moore*
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

841909 / 32582