IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MEDTRONIC, INC., <br><br> Plaintiff, <br><br> v. <br><br> BOSTON SCIENTIFIC CORPORATION, GUIDANT CORPORATION and MIROWSKI FAMILY VENTURES, L.L.C., <br><br> Defendants. | ) ) ) ) ) ) C.A. No. 07-823-SLR-LPS ) ) ) ) ) ) ) |

**STIPULATION AND ORDER FOR EXTENSION OF TIME**

IT IS HEREBY STIPULATED by Plaintiff and Defendant Mirowski Family Ventures, L.L.C. ("MFV"), subject to the approval of the Court, that MFV's time to file an Answering Brief in Response to Medtronic's Motion To Dismiss MVF's Counterclaim or, in the Alternative To Sever and Transfer Counterclaim to the United States District Court for the Southern District of Indiana (D.I. 40) is extended to June 6, 2008.

| CONNOLLY BOVE LODGE & HUTZ LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: /s/ Arthur G. Connolly, III <br> Arthur G. Connolly, III (#2667) <br> 1007 North Orange Street <br> The Nemours Building <br> P.O. Box 2207 <br> Wilmington, DE 19899-2207 <br> Tel: (302) 658-9141 <br> aconnollyiii@cblh.com | By: /s/ Richard L. Horwitz <br> Richard L. Horwitz (#2246) <br> David E. Moore (#3983) <br> Hercules Plaza, 6th Floor <br> 1313 N. Market Street, P.O. Box 951 <br> Wilmington, DE 19899 <br> Tel: (302) 984-6000 <br> rhorwitz@potteranderson.com <br> dmoore@potteranderson.com |
| *Attorneys for Plaintiff* <br> *Medtronic, Inc.* | *Attorneys for Defendant* <br> *Mirowski Family Ventures, L.L.C.* |

SO ORDERED, this _____ day of _____, 2008.

_____
Judge

866593 / 32582