IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MEDTRONIC, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 07-823-SLR-LPS ) |
| BOSTON SCIENTIFIC CORPORATION, GUIDANT CORPORATION and MIROWSKI FAMILY VENTURES, L.L.C., | ) **PUBLIC VERSION** ) ) ) ) |
| Defendants. | ) |

**DEFENDANT MIROWSKI FAMILY VENTURES, L.L.C.'S
REPLY IN SUPPORT OF ITS MOTION TO STRIKE
PLAINTIFF MEDTRONIC'S JURY TRIAL DEMAND**

OF COUNSEL:

Arthur I. Neustadt
OBLON, SPIVAK, McCLELLAND,
MAIER & NEUSTADT, P.C.
1940 Duke St.
Alexandria, VA 22314
Tel: (703) 413-3000

Richard L. Horwitz (#2246)
David E. Moore (#3983)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendant
Mirowski Family Ventures, L.L.C.*

Dated: May 23, 2008
Public Version Dated: May 30, 2008
867177 / 32582

## **TABLE OF CONTENTS**

Since MFV Has Not Requested (Patent Infringement) Damages, There Is No Right to a Jury Trial ..................................................................................................1

Contrary to Medtronic's Assertion, █████████████████████████
████████████..................................................................................................2

The Standard Is Not Whether the Patentee Seeks Only Equitable Relief But, Rather, Whether He Seeks (Patent Infringement) Damages..............................................2

Although Immaterial, MFV Did Not Request a Jury Trial on Its Counterclaim .................3

Responses to Other Medtronic Arguments ...........................................................................3

Conclusion .............................................................................................................................4

### Since MFV Has Not Requested (Patent Infringement) Damages, There Is No Right to a Jury Trial

MFV, in its opening brief, stated that, since MFV does not seek (patent infringement) damages, there is no right to a jury trial. Medtronic, in its opposition, does not appear to dispute the point that, if MFV does not seek (patent infringement) damages, there is no right to a jury trial.

MFV, in its opening brief, stated (at 1) that its agreement with Medtronic provides that ███████████████████████████████████████████████████████████ Medtronic, in its opposition, does not disagree.

As the pleadings reflect, Medtronic seeks a declaration of non-infringement (more precisely, a declaration of non-coverage since Medtronic is a licensee and cannot infringe) and/or a declaration of invalidity. In response, MFV (the patentee), in its answer, seeks no damages and only that "Medtronic's complaint be dismissed with prejudice and that MFV be awarded its costs, disbursements, attorneys' fees, and such other relief as the Court deems just and proper." D.I. 20.

Since MFV does not seek damages, there is no right to a jury trial. In response, Medtronic's theory appears to be that ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

---

[1] ████████████████████████████████████

**Contrary to Medtronic's Assertion,** 

**The Standard Is Not Whether the Patentee Seeks Only Equitable Relief But,
Rather, Whether He Seeks (Patent Infringement) Damages**

Medtronic argues (at 6) that it is only when the patentee seeks only equitable relief that there is no right to a jury trial. However, as set forth in MFV's opening brief (D.I. 34), the standard is not whether the patentee seeks only equitable relief but, rather, whether he seeks

damages for patent infringement. As noted above, MFV does not seek patent infringement damages and, indeed, could not do so since Medtronic is a licensee.

**Although Immaterial, MFV Did Not Request a Jury Trial on Its Counterclaim**

Although immaterial, Medtronic asserts that MFV requested a jury trial on its counterclaim. However, MFV made no such request. The designation "JURY TRIAL DEMANDED" under the civil action number in MFV's answer and counterclaim merely refers to the fact that Medtronic demanded a jury trial and arises from a local practice that, if the plaintiff demands a jury trial, the cover page of defendant's answer also includes this designation even though defendant does not request a jury trial. Moore declaration filed herewith. Further, Medtronic's complaint (D.I. 1) includes the statement - "Pursuant to Fed. R. Civ. P. 38(b), plaintiffs hereby demand a trial by a jury on all issues so triable." MFV's answer and counterclaim includes no such statement. Also, the docket text for this case (Exhibit A hereto) states that only Medtronic requested a jury trial - "Jury Demand: Plaintiff." In any event, the fact remains that MFV did not request (patent infringement) damages in its answer to Medtronic's complaint.

**Responses to Other Medtronic Arguments**



3



### Conclusion

Accordingly, Medtronic's demand for a jury trial should be stricken.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Arthur I. Neustadt
OBLON, SPIVAK, McCLELLAND,
MAIER & NEUSTADT, P.C.
1940 Duke St.
Alexandria, VA 22314
Tel: (703) 413-3000

By: /s/ David E. Moore
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE 19899
    Tel: (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

Dated: May 23, 2008
Public Version Dated: May 30, 2008
867177 / 32582

*Attorneys for Defendant
Mirowski Family Ventures, L.L.C.*

4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on May 30, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on May 30, 2008, the attached document was Electronically Mailed to the following person(s):

Arthur G. Connolly, III
Connolly, Bove, Lodge & Hutz
1007 North Orange Street
The Nemours Building
P.O. Box 2207
Wilmington, DE 19899-2207
aconnollyiii@cblh.com

Frederick L. Cottrell, III
Anne Shea Gaza
Richards, Layton & Finger
One Rodney Square
920 North King Street
P.O. Box 551
Wilmington, DE 19899-0551
cottrell@rlf.com
gaza@rlf.com

Martin R. Lueck
Jan M. Conlin
Richard M. Martinez
Sharon E. Roberg-Perez
Robins, Kaplan, Miller & Ciresi, L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
mrlueck@rkmc.com
jmconlin@rkmc.com
rmmartinez@rkmc.com
seroberg-perez@rkmc.com

J. Michael Jakes
Naveen Modi
Kathleen A. Daley
Finnegan Henderson Farabow Garrett & Dunner LLP
901 New York Avenue, NW
Washington, DC 20001-4413
mike.jakes@finnegan.com
naveen.modi@finnegan.com
kathleen.daley@finnegan.com

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

841909 / 32582

# EXHIBIT A

CASREF, MEDIATION-LPS, PATENT

# U.S. District Court
## District of Delaware (Wilmington)
### CIVIL DOCKET FOR CASE #: 1:07-cv-00823-SLR-LPS

Medtronic Inc. v. Boston Scientific Corporation et al
Assigned to: Judge Sue L. Robinson
Referred to: Judge Leonard P. Stark
Related Cases: 1:03-cv-00848-SLR
               1:04-cv-00067-SLR
Cause: 28:2201 Declaratory Judgment

Date Filed: 12/17/2007
Jury Demand: Plaintiff
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**Medtronic Inc.**
*a Minnesota corporation*

represented by **Arthur G. Connolly, III**
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141
Email: aconnollyIII@cblh.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jan M. Conlin**
Email: jmconlin@rkmc.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Martin R. Lueck**
Pro Hac Vice
Email: mrlueck@rkmc.com
*ATTORNEY TO BE NOTICED*

**Richard M. Martinez**
Pro Hac Vice
Email: rmmartinez@rkmc.com
*ATTORNEY TO BE NOTICED*

**Sharon E. Roberg-Perez**
Pro Hac Vice
Email: seroberg-perez@rkmc.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**
**Boston Scientific Corporation**
*a Delaware corporation*

represented by **Frederick L. Cottrell, III**
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 658-6541
Email: cottrell@rlf.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anne Shea Gaza**
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 658-6541
Email: gaza@rlf.com
*ATTORNEY TO BE NOTICED*

**J. Michael Jakes**
Pro Hac Vice
Email: mike.jakes@finnegan.com
*ATTORNEY TO BE NOTICED*

**Naveen Modi**
Pro Hac Vice
Email: naveen.modi@finnegan.com
*ATTORNEY TO BE NOTICED*

**Defendant**
**Guidant Coropration**
*an Indiana corporation*

represented by **Frederick L. Cottrell, III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anne Shea Gaza**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**
**Mirowski Family Ventures L.L.C.**
*a Maryland limited liability corporation*

represented by **Richard L. Horwitz**
Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules Plaza, 6th Flr.
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000

|  |  | Email: rhorwitz@potteranderson.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Arthur I. Neustadt**<br>Pro Hac Vice<br>Email: aneustadt@oblon.com<br>*ATTORNEY TO BE NOTICED*<br><br>**David Ellis Moore**<br>Potter Anderson & Corroon, LLP<br>1313 N. Market St., Hercules Plaza, 6th Flr.<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>(302) 984-6000<br>Email: dmoore@potteranderson.com<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|
| **Counter Claimant**<br><br>**Mirowski Family Ventures L.L.C.**<br>*a Maryland limited liability corporation* | represented by | **Richard L. Horwitz**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Arthur I. Neustadt**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**David Ellis Moore**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

V.

**Counter Defendant**

| **Medtronic Inc.**<br>*a Minnesota corporation* | represented by | **Arthur G. Connolly, III**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|

| Date Filed | # | Docket Text |
|---|---|---|
| 12/17/2007 | 1 | COMPLAINT filed with Jury Demand against Boston Scientific Corporation, Guidant Coropration, Mirowski Family Ventures L.L.C. - Magistrate Consent Notice to Pltf. ( Filing fee $ 350, receipt number 149947.) - filed by Medtronic Inc.. (Attachments: # 1 Exhibits to complaint# 2 Civil Cover Sheet # 3 Acknowledgement of Consent Form)(lid) (Entered: 12/18/2007) |
|  |  |  |

| 12/17/2007 |   | No Summons Issued (lid) (Entered: 12/18/2007) |
|---|---|---|
| 12/17/2007 | 2 | Notice of Availability of a U.S. Magistrate Judge to Exercise Jurisdiction (lid) (Entered: 12/18/2007) |
| 12/17/2007 | 3 | Report to the Commissioner of Patents and Trademarks for Patent/Trademark Number(s) US RE38,119 E; US RE39,897 E; (lid) (Entered: 12/18/2007) |
| 12/18/2007 |   | Summons Issued as to Boston Scientific Corporation on 12/18/2007; Guidant Coropration on 12/18/2007; Mirowski Family Ventures L.L.C. on 12/18/2007. (lid) (Entered: 12/18/2007) |
| 12/19/2007 | 4 | NOTICE of Related Cases by Medtronic Inc. re 1 Complaint, (Connolly, Arthur) (Entered: 12/19/2007) |
| 12/21/2007 | 5 | Return of Service Executed by Medtronic Inc.. Boston Scientific Corporation served on 12/19/2007, answer due 1/8/2008. (Connolly, Arthur) (Entered: 12/21/2007) |
| 12/21/2007 | 6 | Return of Service Executed by Medtronic Inc.. Guidant Coropration served on 12/19/2007, answer due 1/8/2008. (Connolly, Arthur) (Entered: 12/21/2007) |
| 12/21/2007 | 7 | Return of Service Executed by Medtronic Inc.. Mirowski Family Ventures L.L.C. served on 12/19/2007, answer due 1/8/2008. (Connolly, Arthur) (Entered: 12/21/2007) |
| 12/27/2007 | 8 | [1:07-cv-823-***]: Please note that, in accordance with the attached standing orders, this case has been designated as one to be assigned to the judge who fills the vacancy left by the elevation of Judge Kent A. Jordan to the United States Court of Appeals for the Third Circuit. Pending assignment, the case has been referred to Magistrate Judge Leonard P. Stark for all pretrial proceedings, pursuant to 28 U.S.C. section 636(b). Please include ***, in place of the Judge's initials, after the case number on all documents filed. (rjb) (Entered: 12/27/2007) |
| 01/08/2008 | 9 | STIPULATION TO EXTEND TIME for Defendants to answer, move or otherwise respond to the Complaint to February 8, 2008 - filed by Medtronic Inc., Boston Scientific Corporation, Guidant Coropration, Mirowski Family Ventures L.L.C.. (Horwitz, Richard) (Entered: 01/08/2008) |
| 01/08/2008 |   | SO ORDERED, re 9 STIPULATION TO EXTEND TIME for Defendants to answer, move or otherwise respond to the Complaint to February 8, 2008: Reset Answer Deadlines: Boston Scientific Corporation answer due 2/8/2008; Guidant Coropration answer due 2/8/2008; Mirowski Family Ventures L.L.C. answer due 2/8/2008. Signed by Judge Leonard P. Stark on 1/8/08. (ntl) (Entered: 01/09/2008) |
| 01/09/2008 |   | Case reassigned to Judge Sue L. Robinson. Please include the initials of the Judge (SLR) after the case number on all documents filed. (rjb) (Entered: 01/09/2008) |
| 01/14/2008 | 10 | (THIS ORDER HAS BEEN REVISED - SEE D.I. 25) ORDER REFERRING CASE to Magistrate Judge Leonard P. Stark to; 1) hear and determine all motions to dismiss and for summary judgment (by report and |

| | | |
|---|---|---|
| | | recommendation); 2) hear and determine all discovery disputes; 3) conduct alternate dispute resolution; 4) hear and determine all matters related to any of the foregoing (i.e., briefing, scheduling, extensions of time). Signed by Judge Sue L. Robinson on 1/12/08. (bkb) Modified on 3/4/2008 (fmt). (Entered: 01/14/2008) |
| 01/14/2008 | | CASE REFERRED to Mediation. (rpg) (Entered: 03/18/2008) |
| 01/15/2008 | 11 | ORDER Setting Mediation Conference: Telephone Conference set for 3/31/2008 10:00 AM before Honorable Leonard P. Stark. Counsel for Boston Scientific shall initiate the call. Signed by Judge Leonard P. Stark on 1/15/08. (rpg) (Entered: 01/15/2008) |
| 01/22/2008 | 12 | ORDER Setting Mediation Conference: Telephone Conference set for 2/20/2008 11:00 AM before Honorable Leonard P. Stark. Signed by Judge Leonard P. Stark on 1/22/08. (rpg) (Entered: 01/23/2008) |
| 01/23/2008 | 13 | MOTION for Pro Hac Vice Appearance of Attorney Arthur I. Neustadt of Oblon, Spivak, McClelland, Maier, & Neustadt, P.C. - filed by Mirowski Family Ventures L.L.C.. Motions referred to Leonard P. Stark.(Moore, David) (Entered: 01/23/2008) |
| 01/24/2008 | 14 | MOTION for Pro Hac Vice Appearance of Attorney Jan M. Conlin, Richard M. Martinez, Martin R. Lueck, and Sharon E. Roberg-Perez - filed by Medtronic Inc.. Motions referred to Leonard P. Stark.(Connolly, Arthur) (Entered: 01/24/2008) |
| 01/24/2008 | 15 | NOTICE of Appearance by Frederick L. Cottrell, III on behalf of Boston Scientific Corporation, Guidant Coropration (Cottrell, Frederick) (Entered: 01/24/2008) |
| 01/24/2008 | 16 | NOTICE of Appearance by Anne Shea Gaza on behalf of Boston Scientific Corporation, Guidant Coropration (Gaza, Anne) (Entered: 01/24/2008) |
| 01/31/2008 | | SO ORDERED, re 13 MOTION for Pro Hac Vice Appearance of Attorney Arthur I. Neustadt of Oblon, Spivak, McClelland, Maier, & Neustadt, P.C. filed by Mirowski Family Ventures L.L.C., 14 MOTION for Pro Hac Vice Appearance of Attorney Jan M. Conlin, Richard M. Martinez, Martin R. Lueck, and Sharon E. Roberg-Perez filed by Medtronic Inc. Signed by Judge Sue L. Robinson on 1/31/08. (fmt) (Entered: 01/31/2008) |
| 02/06/2008 | 17 | MOTION for Pro Hac Vice Appearance of Attorney J. Michael Jakes and Naveen Modi - filed by Boston Scientific Corporation, Guidant Coropration. Motions referred to Leonard P. Stark.(Cottrell, Frederick) (Entered: 02/06/2008) |
| 02/08/2008 | 18 | ANSWER to Complaint by Boston Scientific Corporation, Guidant Coropration.(Gaza, Anne) (Entered: 02/08/2008) |
| 02/08/2008 | 19 | Disclosure Statement pursuant to Rule 7.1 filed by Boston Scientific Corporation, Guidant Coropration identifying No corporate parent as Corporate Parent. (Gaza, Anne) (Entered: 02/08/2008) |
| 02/08/2008 | 20 | ANSWER to Complaint, COUNTERCLAIM against Medtronic Inc. by |

| | | |
|---|---|---|
| | | Mirowski Family Ventures L.L.C..(Horwitz, Richard) (Entered: 02/08/2008) |
| 02/08/2008 | 21 | Disclosure Statement pursuant to Rule 7.1 filed by Mirowski Family Ventures L.L.C. identifying none as Corporate Parent. (Horwitz, Richard) (Entered: 02/08/2008) |
| 02/13/2008 | | SO ORDERED, re 17 MOTION for Pro Hac Vice Appearance of Attorney J. Michael Jakes and Naveen Modi filed by Boston Scientific Corporation, Guidant Coropration. Signed by Judge Sue L. Robinson on 2/13/2008. (nfn) (Entered: 02/13/2008) |
| 02/20/2008 | 22 | ORDER Setting Mediation Conference: Telephone Conference set for 3/19/2008 12:00 PM before Judge Leonard P. Stark. Signed by Judge Leonard P. Stark on 2/20/2008. (rpg) (Entered: 02/20/2008) |
| 02/28/2008 | 23 | ANSWER to 20 Answer to Complaint, Counterclaim by Medtronic Inc.. (Connolly, Arthur) (Entered: 02/28/2008) |
| 03/04/2008 | 24 | ORDER Setting Hearings( Scheduling TeleConference set for 4/8/2008 08:30 AM before Judge Sue L. Robinson.). Signed by Judge Sue L. Robinson on 3/4/2008. (fmt) (Entered: 03/04/2008) |
| 03/04/2008 | 25 | REVISED ORDER REFERRING CASE to Magistrate Judge Leonard P. Stark. Judge Stark shall (1) Hear and determine all pretrial motions and related matters (including stipulations and briefing schedules), except motions and matters relating to claim construction, sum. jgm. and trial. (2) Hear and determine all discovery disputes and related matters (including stipulations, briefing schedules, and review of protective orders). (3) Conduct alternate dispute resolution. Signed by Judge Sue L. Robinson on 3/4/08. (fmt) (Entered: 03/04/2008) |
| 03/12/2008 | | Set/Reset Hearings: Scheduling Teleconference set for 4/8/08 has been cancelled; Scheduling Teleconference reset for 4/17/2008 08:30 AM before Judge Sue L. Robinson. (fmt) (Entered: 03/12/2008) |
| 03/21/2008 | 26 | Letter to Magistrate Judge Stark from Arthur G. Connolly, III, Esq. regarding mediation date of June 10, 2008 - re Case Referred to Mediation, 25 Order Referring Case to Magistrate Judge,,. (Connolly, Arthur) (Entered: 03/21/2008) |
| 03/25/2008 | 27 | ORDER Setting Mediation Conference: Mediation Conference set for 6/10/2008 09:00 AM in Courtroom 2A before Judge Leonard P. Stark. Signed by Judge Leonard P. Stark on 3/25/2008. (rpg) (Entered: 03/25/2008) |
| 04/15/2008 | 28 | Letter to The Honorable Sue L. Robinson from David E. Moore, Esquire regarding enclosing the parties' proposed Scheduling Order. (Moore, David) (Entered: 04/15/2008) |
| 04/15/2008 | 29 | PROPOSED ORDER Scheduling Order re 28 Letter *to The Honorable Sue L. Robinson from David E. Moore, Esquire regarding enclosing the parties' proposed Scheduling Order* by Mirowski Family Ventures L.L.C.. (Moore, David) (Entered: 04/15/2008) |
| 04/17/2008 | | Minute Entry for proceedings held before Judge Sue L. Robinson - Scheduling Conference held on 4/17/2008. (Court Reporter not present.) (nfn) (Entered: |

| | | |
|---|---|---|
| | | 04/17/2008) |
| 04/17/2008 | 30 | ORDER, Setting Deadlines: ( Notice of Compliance deadline for defendants to file a motion challenging plaintiff's demand for a jury trial set for 5/2/2008.) The motion is NOT referred to Judge Stark for resolution. Signed by Judge Sue L. Robinson on 4/17/2008. (nfn) (Entered: 04/17/2008) |
| 04/17/2008 | 31 | NOTICE OF SERVICE of Defendant Mirowski Family Ventures L.L.C.'s First Set of Interrogatories to Plaintiff Medtronic, Inc., and Defendant Mirowski Family Ventures L.L.C.'s First Set of Document Requests to Plaintiff Medtronic, Inc. by Mirowski Family Ventures L.L.C..(Moore, David) (Entered: 04/17/2008) |
| 04/18/2008 | 32 | NOTICE OF SERVICE of Medtronic, Inc.'s First Set of Interrogatories to Defendants (1-2) and Medtronic, Inc.'s First Set of Requests for Production of Documents and Things to Defendants (1-4) by Medtronic Inc..(Connolly, Arthur) (Entered: 04/18/2008) |
| 04/24/2008 | 33 | MOTION to Strike 30 Order, Set Deadlines,, *[DEFENDANT MIROWSKI FAMILY VENTURES, L.L.C.'S MOTION TO STRIKE PLAINTIFF MEDTRONIC INC.'S JURY TRIAL DEMAND]* - filed by Mirowski Family Ventures L.L.C.. (Attachments: # 1 Text of Proposed Order)Motions referred to Leonard P. Stark.(Moore, David) (Entered: 04/24/2008) |
| 04/24/2008 | 34 | SEALED OPENING BRIEF in Support re 33 MOTION to Strike 30 Order, Set Deadlines,, *[DEFENDANT MIROWSKI FAMILY VENTURES, L.L.C.'S MOTION TO STRIKE PLAINTIFF MEDTRONIC INC.'S JURY TRIAL DEMAND]* MOTION to Strike 30 Order, Set Deadlines,, *[DEFENDANT MIROWSKI FAMILY VENTURES, L.L.C.'S MOTION TO STRIKE PLAINTIFF MEDTRONIC INC.'S JURY TRIAL DEMAND]* filed by Mirowski Family Ventures L.L.C..Answering Brief/Response due date per Local Rules is 5/12/2008. (Moore, David) (Entered: 04/24/2008) |
| 04/30/2008 | 35 | NOTICE OF SERVICE of Defendants Boston Scientific Corporation, Guidant Corporation and Mirowski Family Ventures, L.L.C.'s Pre-Discovery Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1) and D. Del. LR 16.2 by Mirowski Family Ventures L.L.C..(Moore, David) (Entered: 04/30/2008) |
| 04/30/2008 | 36 | NOTICE OF SERVICE of Medtronic, Inc.'s Initial Disclosures by Medtronic Inc..(Connolly, Arthur) (Entered: 04/30/2008) |
| 05/01/2008 | 37 | REDACTED VERSION of 34 Opening Brief in Support,, *re 33 MOTION to Strike 30 Order, Set Deadlines,, [DEFENDANT MIROWSKI FAMILY VENTURES, L.L.C.'S MOTION TO STRIKE PLAINTIFF MEDTRONIC INC.'S JURY TRIAL DEMAND]* by Mirowski Family Ventures L.L.C.. (Attachments: # 1 Exhibit A)(Moore, David) (Entered: 05/01/2008) |
| 05/08/2008 | 38 | SEALED ANSWERING BRIEF in Opposition re 33 MOTION to Strike 30 Order, Set Deadlines,, *[DEFENDANT MIROWSKI FAMILY VENTURES, L.L.C.'S MOTION TO STRIKE PLAINTIFF MEDTRONIC INC.'S JURY TRIAL DEMAND]* MOTION to Strike 30 Order, Set Deadlines,, *[DEFENDANT MIROWSKI FAMILY VENTURES, L.L.C.'S MOTION TO STRIKE PLAINTIFF MEDTRONIC INC.'S JURY TRIAL DEMAND]* filed by Medtronic Inc..Reply |

| | | |
|---|---|---|
| | | Brief due date per Local Rules is 5/19/2008. (Connolly, Arthur) (Entered: 05/08/2008) |
| 05/08/2008 | 39 | REQUEST for Oral Argument by Medtronic Inc. re 33 MOTION to Strike 30 Order, Set Deadlines,, *[DEFENDANT MIROWSKI FAMILY VENTURES, L.L.C.'S MOTION TO STRIKE PLAINTIFF MEDTRONIC INC.'S JURY TRIAL DEMAND]* MOTION to Strike 30 Order, Set Deadlines,, *[DEFENDANT MIROWSKI FAMILY VENTURES, L.L.C.'S MOTION TO STRIKE PLAINTIFF MEDTRONIC INC.'S JURY TRIAL DEMAND]*. (Connolly, Arthur) (Entered: 05/08/2008) |
| 05/12/2008 | 40 | MOTION to Dismiss Based upon previously filed action(dismiss or alternatively trasfer) - filed by Medtronic Inc.. (Connolly, Arthur) (Entered: 05/12/2008) |
| 05/12/2008 | 41 | SEALED OPENING BRIEF in Support re 40 MOTION to Dismiss Based upon previously filed action(dismiss or alternatively transfer) filed by Medtronic Inc., NOTE: The BRIEF, proposed order, and EXHIBITS A, B, C, G, and H are filed under SEAL. Exhibits D, E, and F are filed separately (not under seal). Answering Brief/Response due date per Local Rules is 5/30/2008. (Connolly, Arthur) Modified on 5/13/2008 (rbe). (Entered: 05/12/2008) |
| 05/13/2008 | 42 | REQUEST for Oral Argument by Medtronic Inc. re 40 MOTION to Dismiss Based upon previously filed action(dismiss or alternatively trasfer). (Connolly, Arthur) (Entered: 05/13/2008) |
| 05/13/2008 | | CORRECTING ENTRY: Text of DI 41 corrected to read: SEALED OPENING BRIEF, and adds a note regarding the exhibits: EXHIBITS A, B, C, G, and H are filed under SEAL. Exhibits D, E, and F to be filed separately (not under seal). (rbe). (Entered: 05/12/2008) (rbe) (Entered: 05/13/2008) |
| 05/13/2008 | 43 | EXHIBIT re 41 Opening Brief in Support, *Exhibits D, E and F to Medtronic's Opening Brief in Support of Its Motion to Dismiss Mirowski Family Ventures' Counterclaim or, in the Alternative, to Sever and Transfer Counterclaim to the United States District Court for the Southern District of Indiana* by Medtronic Inc.. (Connolly, Arthur) (Entered: 05/13/2008) |
| 05/15/2008 | 44 | STIPULATION TO EXTEND TIME MFV's Reply Brief on its Motion to Strike Plaintiff Medtronic Inc.'s Jury Trial Demand to May 27, 2008 - filed by Mirowski Family Ventures L.L.C.. (Moore, David) (Entered: 05/15/2008) |
| 05/15/2008 | 45 | REDACTED VERSION of 38 Answering Brief in Opposition, *to Mirowski Family Ventures' Motion to Strike Medtronic's Jury Trial Demand* by Medtronic Inc.. (Attachments: # 1 Exhibit A)(Connolly, Arthur) (Entered: 05/15/2008) |
| 05/16/2008 | | SO ORDERED, re 44 STIPULATION TO EXTEND TIME MFV's Reply Brief on its Motion to Strike Plaintiff Medtronic Inc.'s Jury Trial Demand to May 27, 2008 filed by Mirowski Family Ventures L.L.C.. Signed by Judge Leonard P. Stark on 5/16/2008. (rpg) (Entered: 05/16/2008) |
| 05/19/2008 | 46 | REDACTED VERSION of 41 Opening Brief in Support, *of Its Motion to Dismiss Mirowski Family Ventures' Counterclaim or, in the Alternative, to* |

| | | |
|---|---|---|
| | | *Sever and Transfer Counterclaim to the United States District Court for the Southern District of Indiana* by Medtronic Inc.. (Attachments: # 1 Exhibit A, B, C, G and H)(Connolly, Arthur) (Entered: 05/19/2008) |
| 05/21/2008 | | Set/Reset Hearings: Oral Argument re D.I. 40 set for 7/17/2008 11:00 AM in Courtroom 6B before Judge Sue L. Robinson. Each side will be given 25 minutes. (nmf) (Entered: 05/21/2008) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 05/23/2008 12:44:28 | | | |
| **PACER Login:** | pa0018 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:07-cv-00823-SLR-LPS Start date: 1/1/1970 End date: 5/23/2008 |
| **Billable Pages:** | 6 | **Cost:** | 0.48 |