
**Potter
Anderson
& Corroon** LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984-6000

www.potteranderson.com

David E. Moore
Attorney at Law
dmoore@potteranderson.com
302 984-6147 Direct Phone
302 658-1192 Fax

June 23, 2008

**VIA ELECTRONIC FILING**

The Honorable Sue L. Robinson
United States District Court
  for the District of Delaware
844 N. King Street
Wilmington, DE 19801

      Re:    **Medtronic, Inc. v. Boston Scientific Corporation, et al.
             C.A. No. 07-823-SLR-LPS**

Dear Judge Robinson:

      Enclosed for the Court's consideration is the parties' joint, revised Scheduling Order. The Scheduling Order takes into account Your Honor's comments during the April 17, 2008 Scheduling Conference. Please note that the inclusion of "Jury Trial Demanded" in the caption of the revised schedule is without prejudice to defendant Mirowski Family Ventures, L.L.C.'s pending motion to strike plaintiff's jury demand.

                              Respectfully,

                              /s/ *David E. Moore*

                              David E. Moore

DEM/msb
870990 / 32582

Enclosure
cc:    Clerk of the Court (via hand delivery, w/enc.)
         Counsel of Record (via electronic filing, w/enc.)