## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MEDTRONIC, INC., a Minnesota corporation,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>BOSTON SCIENTIFIC CORPORATION, a Delaware corporation, GUIDANT CORPORATION, an Indiana corporation and MIROWSKI FAMILY VENTURES L.L.C., a Maryland limited liability partnership,<br>　　　　　Defendants. | Civil Action No. 07-823 (SLR)<br><br>Jury Trial Demanded |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned hereby certifies that on the 20th day of June, 2008, a copy of Medtronic, Inc.'s Second Set of Interrogatories to Defendants (3-7) and Medtronic, Inc.'s Second Set of Requests for Production of Documents and Things to Defendants (5-10) were served upon the following counsel of record in the manner indicated:

**VIA ELECTRONIC MAIL**

| | |
|---|---|
| Richard L. Horwitz, Esq.<br>David E. Moore, Esq.<br>Potter Anderson & Corroon LLP<br>Hercules Plaza - Sixth Floor<br>1313 North Market Street<br>Wilmington, DE 19899<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com | Frederick L. Cottrell, III, Esq.<br>Anna Shea Gaza, Esq.<br>Richards, Layton & Finger<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19899<br>cottrell@rlf.com<br>gaza@rlf.com |

**VIA ELECTRONIC MAIL**
Arthur I. Neustadt, Esq.
Oblon, Spivak, McClelland, Maier,
 & Neustadt, P.C.
1940 Duke Street
Alexanderia, VA 22314
aneustadt@oblon.com

J. Michael Jakes, Esq.
Naveen Modi, Esq.
Kathleen A. Daley, Esq.
Finnegan Henderson Farabow
 Garrett & Dunner LLP
901 New York Avenue, NW
Washington, DC 20001-4413
mike.jakes@finnegan.com
naveen.modi@finnegan.com
kathleen.daley@finnegan.com

CONNOLLY BOVE LODGE & HUTZ LLP

Dated: June 24, 2008

/s/ Arthur G. Connolly, III
Arthur G. Connolly, III (#2667)
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19801
(302) 658-9141
AConnollyIII@chlh.com

*Attorneys for Plaintiff*
*Medtronic, Inc.*

Martin R. Lueck, Esq.
Jan M. Conlin, Esq.
Richard M. Martinez, Esq.
Sharon E. Roberg-Perez, Esq.
ROBINS, KAPLAN, MILLER & CIRESI, L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402-2015
(612) 349-8500

## CERTIFICATE OF SERVICE

I, Arthur G. Connolly, III, hereby certify that on June 24, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to the registered attorneys of record that the document has been filed and is available for viewing and downloading.

I further certify that on June 24, 2008, the foregoing document was served on the following persons as indicated below:

| | |
|---|---|
| Richard L. Horwitz (rhorwitz@potteranderson.com)<br>David Ellis Moore (dmoore@potteranderson.com)<br>Potter Anderson & Corroon, LLP<br>Hercules Plaza - 6th Floor<br>1313 North Market St.<br>Wilmington, DE  19899-0951 | *Via e-mail* |
| Arthur I. Neustadt (aneustadt@oblon.com)<br>Oblon, Spivak, McClelland, Maier &<br>    Neustadt, P.C.<br>1940 Duke Street<br>Alexandria, VA  22314 | *Via e-mail* |
| Frederick L. Cottrell, III (cottrell@rlf.com)<br>Anne Shea Gaza (gaza@rlf.com)<br>Richards, Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE  19899 | *Via e-mail* |
| J. Michael Jakes (mike.jakes@finnegan.com)<br>Naveen Modi (naveen.modi@finnegan.com)<br>Kathleen A. Daley (kathleen.daley@finnegan.com)<br>Finnegan Henderson Farabow<br>    Garrett & Dunner LLP<br>901 New York Avenue, NW<br>Washington, DC  20001-4413 | *Via e-mail* |

                                                 /s/ Arthur G. Connolly, III
                                                 Arthur G. Connolly, III (#2667)