## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MEDTRONIC, INC., a Minnesota corporation,<br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>BOSTON SCIENTIFIC CORPORATION, a Delaware corporation, GUIDANT CORPORATION, an Indiana corporation and MIROWSKI FAMILY VENTURES L.L.C., a Maryland limited liability partnership,<br><br>　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.  07-823 (SLR)<br><br>Jury Trial Demanded |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned hereby certifies that on the 25th day of

July, 2008, a copy of Plaintiff Medtronic's Responses to Defendant Mirowski Family Ventures,

L.L.C.'s Second Set of Interrogatories (Nos. 3-4) and Plaintiff Medtronic's Responses to

Defendant Mirowski Family Ventures Second Set of Requests for Production of Documents and

Things (Nos. 8-10) were served upon the following counsel of record in the manner indicated:

**VIA ELECTRONIC MAIL AND U.S. MAIL**

Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon LLP
Hercules Plaza - Sixth Floor
1313 North Market Street
Wilmington, DE 19899
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Frederick L. Cottrell, III, Esq.
Anna Shea Gaza, Esq.
Richards, Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19899
cottrell@rlf.com
gaza@rlf.com

Arthur I. Neustadt, Esq.
Oblon, Spivak, McClelland, Maier,
 & Neustadt, P.C.
1940 Duke Street
Alexanderia, VA 22314
aneustadt@oblon.com

J. Michael Jakes, Esq.
Naveen Modi, Esq.
Finnegan Henderson Farabow
 Garrett & Dunner LLP
901 New York Avenue, NW
Washington, DC 20001-4413
mike.jakes@finnegan.com
naveen.modi@finnegan.com

CONNOLLY BOVE LODGE & HUTZ LLP

Dated: July 28, 2008

/s/ Arthur G. Connolly, III
Arthur G. Connolly, III (#2667)
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19801
(302) 658-9141
AConnollyIII@chlh.com

*Attorneys for Plaintiff*
*Medtronic, Inc.*

Martin R. Lueck, Esq.
Jan M. Conlin, Esq.
Richard M. Martinez, Esq.
Sharon E. Roberg-Perez, Esq.
ROBINS, KAPLAN, MILLER & CIRESI, L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402-2015
(612) 349-8500

## CERTIFICATE OF SERVICE

I, Arthur G. Connolly, III, hereby certify that on July 28, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to the registered attorneys of record that the document has been filed and is available for viewing and downloading.

I further certify that on July 28, 2008, the foregoing document was served on the following persons as indicated below:

Richard L. Horwitz (rhorwitz@potteranderson.com)        *Via e-mail and U.S. Mail*
David Ellis Moore (dmoore@potteranderson.com)
Potter Anderson & Corroon, LLP
Hercules Plaza - 6th Floor
1313 North Market St.
Wilmington, DE  19899-0951

Arthur I. Neustadt (aneustadt@oblon.com)        *Via e-mail and U.S. Mail*
Oblon, Spivak, McClelland, Maier &
    Neustadt, P.C.
1940 Duke Street
Alexandria, VA  22314

Frederick L. Cottrell, III (cottrell@rlf.com)        *Via e-mail and U.S. Mail*
Anne Shea Gaza (gaza@rlf.com)
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

J. Michael Jakes (mike.jakes@finnegan.com)        *Via e-mail and U.S. Mail*
Naveen Modi (naveen.modi@finnegan.com)
Finnegan Henderson Farabow
    Garrett & Dunner LLP
901 New York Avenue, NW
Washington, DC  20001-4413

                                        /s/ Arthur G. Connolly, III
                                        Arthur G. Connolly, III (#2667)