## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MEDTRONIC, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-823-SLR-LPS |
| | ) | |
| BOSTON SCIENTIFIC CORPORATION, | ) | |
| GUIDANT CORPORATION and MIROWSKI | ) | |
| FAMILY VENTURES, L.L.C., | ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANT MIROWSKI FAMILY VENTURES L.L.C.'S
### NOTICE OF DEPOSITION TO PLAINTIFF MEDTRONIC, INC.

Pursuant to the provisions of rule 30(b)(6), Fed. R. Civ. P., defendant Mirowski Family

Ventures L.L.C. ("MFV") will take the deposition of plaintiff Medtronic, Inc. on the attached

subject matter topic beginning at 9:00 a.m. on November 12, 2008 at a place to be determined by

counsel. The deposition will be transcribed stenographically and may be recorded by video.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Arthur I. Neustadt
OBLON, SPIVAK, McCLELLAND,
MAIER & NEUSTADT, P.C.
1940 Duke St.
Alexandria, VA 22314
Tel: (703) 413-3000

Dated: September 4, 2008
881137 / 32582

By:  /s/ David E. Moore
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendant*
*Mirowski Family Ventures, L.L.C.*

Subject Matter Topic

1. The manner in which the detection or non-detection of a particular signal is used to coordinate the contraction of the right and left ventricles for the following Medtronic products.

InSyncMarquis

InSync III Marquis

InSync ICD

InSync II Marquis

InSync Maximo

InSync

InSync Sentry

InSync Protect

Concerto

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on September 4, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on September 4, 2008, the attached document was Electronically Mailed to the following person(s):

Arthur G. Connolly, III
Connolly, Bove, Lodge & Hutz
1007 North Orange Street
The Nemours Building
P.O. Box 2207
Wilmington, DE 19899-2207
aconnollyiii@cblh.com

Frederick L. Cottrell, III
Anne Shea Gaza
Richards, Layton & Finger
One Rodney Square
920 North King Street
P.O. Box 551
Wilmington, DE 19899-0551
cottrell@rlf.com
gaza@rlf.com

Martin R. Lueck
Jan M. Conlin
Richard M. Martinez
Sharon E. Roberg-Perez
Robins, Kaplan, Miller & Ciresi, L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
mrlueck@rkmc.com
jmconlin@rkmc.com
rmmartinez@rkmc.com
seroberg-perez@rkmc.com

J. Michael Jakes
Naveen Modi
Finnegan Henderson Farabow Garrett &
Dunner LLP
901 New York Avenue, NW
Washington, DC 20001-4413
mike.jakes@finnegan.com
naveen.modi@finnegan.com

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

841909 / 32582