IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MEDTRONIC, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 07-823-SLR |
| ) | |
| BOSTON SCIENTIFIC CORPORATION, ) | |
| GUIDANT CORPORATION, and ) | |
| MIROWSKI FAMILY VENTURES L.L.C. ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT IN A CIVIL CASE

For reasons stated in the opinion dated this date (Civ. No. 07-823);

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of plaintiff Medtronic, Inc. and against defendants Boston Scientific Corporation, Guidant Corporation, and Mirowski Family Ventures L.L.C. as to noninfringement of Reissued U.S. Patents Nos. RE 38,119 and RE 39,897.

IT IS FURTHER ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of defendants Boston Scientific Corporation, Guidant Corporation, and Mirowski Family Ventures L.L.C. and against plaintiff Medtronic, Inc. as to validity and enforceability of Reissued U.S. Patents Nos. RE 38,119 and RE 39,897.

Dated: March 30, 2011

_____
United States District Judge

_____
(By) Deputy Clerk